BRYAN CAVE LLP
Sean K. McElenney, Esq.
Nevada State Bar No. 9122
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070

BROWNSTEIN HYATT FARBER SCHRECK
Arthur A. Zorio, Esq.
Nevada State Bar No. 6547
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 398-3812
Facsimile: (775) 333-8175

Attorneys for Defendant Ocwen Loan Servicing, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINE L. BLACKMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OCWEN LOAN SERVICING, LLC;<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>　　　　Defendants. | Case No. 2:17-cv-02319-JAD-PAL<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT.<br><br>(Third Request) |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Cristine L. Blackman ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Ocwen") hereby stipulate to extend the deadline for Ocwen to respond to the Complaint from November 27, 2017 through and including December 11, 2017. This is the third extension sought by Ocwen. Ocwen seeks this extension in good faith in order to allow it time to adequately investigate the allegations in the Complaint and for the parties to explore whether an

816088/0559376

early resolution is possible. Ocwen previously sought two extensions of time, one of which was due to a death occurring in the family of the associate with primary investigation and drafting responsibilities for this case. Ocwen respectfully requests this final 14-day extension of time in order to complete its investigation. Plaintiff does not oppose this request for an extension.

A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED/DATED this 20th day of November, 2017.

| BRYAN CAVE LLP | HAINES & KRIEGER, LLC |
|---|---|
| By /s/ Sean K. McElenney<br>Sean K. McElenney<br>Two N. Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4406 | By /s/ David H. Krieger<br>(w/permission)<br>David H. Krieger, Esq.<br>8985 S. Eastern Avenue, Ste. 350<br>Henderson, NV 89123<br>*Attorney for Plaintiff* |

BROWNSTEIN HYATT FARBER SCHRECK
Arthur R. Zorio, Esq.
5371 Kietzke Lane
Reno, NV 89511
*Attorneys for Ocwen Loan Servicing, LLC*

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 21, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue., Ste. 350
Henderson, NV 89123

　　*/s/ Sean K. McElenney*

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000