David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*
*CRISTINE L. BLACKMAN*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINE L. BLACKMAN,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02319-JAD-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO OCWEN LOAN SERVICING, LLC ONLY**<br><br>ECF No. 21 |

Plaintiff CRISTINE L. BLACKMAN and Defendant OCWEN LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

…

be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, OCWEN LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: February 14, 2018

By:

*/s/David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*
*CRISTINE L. BLACKMAN*

By:

*/s/ Arthur A. Zorio, Esq.*
Arthur A. Zorio, Esq.
Brownstein Hyatt Farber Schreck
5371 Kietzke Lane
Reno, NV 89511
azorio@bhfs.com

*Attorney for Defendant*
OCWEN LOAN SERVICING, LLC

## **ORDER**

Based on the parties' stipulation [ECF No. 21] and with good cause appearing, and because the dismissal of the claims against Ocwen Loan Servicing, LLC leaves no claims remaining in this case, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 14, 2018